DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SMOOTHIE JUNGLE, INC.,** a Florida Corporation, and **SMOOTHIE JUNGLE CAFE, LLC.,** a Florida Limited Liability Company,
Appellants,

v.

**BERRY'S STATION CAFE, LLC,** a Florida Limited Liability Company, d/b/a **BERRY'S STATION HEALTH FOODS, MARIANA DURLI,** individually, **LUAN P. MELO,** individually, and **GEOVANA P. DINEZ,** individually,
Appellees.

No. 4D19-2765

[November 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicolas Richard Lopane, Judge; L.T. Case No. CACE-19-005229.

Keith T. Grumer of Katz Barron, Fort Lauderdale, for appellants.

Christopher N. Davis-Traina, Joseph D. Garrity, Christine Catherine Traina and Joshua W. Rosenberg of Garrity Traina, PLLC, Coconut Creek, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***